# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ADCHEMY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. N15C-03-096 MMJ CCLD |
| | ) | |
| PLATEAU DATA SERVICES, LLC, | ) | |
| and ZETA INTERACTIVE, formerly | ) | |
| known as XL MARKETING CORP., | ) | |
| | ) | |
| Defendants. | ) | |

Submitted: November 20, 2017
Decided:   December 19, 2017

On Defendants' Exceptions to Special Master's Second Recommendation
Respecting Plaintiff Adchemy, Inc,'s Motion *in Limine*
to Exclude the Testimony and Expert Report of
David J. Steele, Esquire
**DENIED**

## ORDER

By Order dated November 1, 2017, the Special Master recommended that

the Court grant Plaintiff Adchemy, Inc.'s Motion *in Limine* to Exclude the

Testimony and Expert Report of David J. Steele, Esquire.  Defendants filed

Exceptions to the Special Master's decision.  The parties submitted briefs on the

Exceptions.

The Court finds that the Special Master carefully considered all issues raised

by the parties.  The November 1, 2017 decision is consistent with applicable legal

precedent and Delaware's Superior Court Civil Rules. The Court is not persuaded by Defendants' exceptions. Upon *de novo* review, the Court finds the Second Recommendation to be well-reasoned.

**THEREFORE,** the Special Master's Second Recommendation Respecting Plaintiff Adchemy, Inc,'s Motion *in Limine* to Exclude the Testimony and Expert Report of David J. Steele, Esquire, issued November 1, 2017, is hereby **APPROVED.** All exceptions are hereby **DENIED.**

**IT IS SO ORDERED.**

The Honorable Mary M. Johnston